UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-61215-RAR

**HALE CAMERMAN**, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

**LYNDON SOUTHERN INSURANCE COMPANY,** *et al.*,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT LYNDON SOUTHERN INSURANCE COMPANY

**THIS CAUSE** comes before the Court upon the Joint Stipulation for Voluntary Dismissal [ECF No. 51], filed on November 20, 2019. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's individual claims and all class action claims against Defendant Lyndon Southern Insurance Company are **DISMISSED** *without prejudice*. The Clerk of Court shall **TERMINATE** Defendant Lyndon Southern Insurance Company as a party to this action.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of November, 2019.

_____
  **RODOLFO RUIZ**
  UNITED STATES DISTRICT JUDGE