UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:19-cv-61215-RAR

HALE CAMERMAN,
individually and on behalf of all
others similarly situated,   CLASS ACTION

    Plaintiff,   JURY TRIAL DEMANDED

v.

LYNDON SOUTHERN INSURANCE COMPANY
a Florida corporation,
CARGUARDIAN WARRANTY LLC
d/b/a CARGUARDIAN,
a California corporation, and
OMEGA AUTO CARE,
a Missouri corporation,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the PLAINTIFF, Hale Camerman, and the only remaining DEFENDANTS, Ensurety Ventures, LLC d/b/a Omega Auto Care, CarGuardian Warranty, LLC, and Ryan C. Earl, by and through their respective attorneys or individually, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of PLAINTIFF Hale Camerman's claims against DEFENDANTS Ensurety Ventures, LLC d/b/a Omega Auto Care, CarGuardian Warranty, LLC, and Ryan C. Earl.  Each Party shall bear their own respective costs and attorneys' fees.  This Stipulation of Dismissal With Prejudice disposes of the entire action.

*Case No. 0:19-cv-61215-RAR*
*Camerman v. Lyndon Southern Insurance Company, et al.*

Date: February 26, 2020

Respectfully submitted,

| | |
|---|---|
| **HIRALDO P.A.**<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br><br>*/s/ Manuel S. Hiraldo*<br>Manuel S. Hiraldo<br>Florida Bar No. 030380<br>Email: mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713<br><br>*Counsel for Plaintiff, Hale Camerman* | By: */s/ William L. Tucker*<br>William L. Tucker, FL Bar No. 92580<br>GREENSPOON MARDER LLP<br>200 E. Broward Blvd., Suite 1800<br>Ft. Lauderdale, FL 33001-1949<br>Tel.: (954) 527-6208<br>Fax: (954) 333-4208<br>Email: william.tucker@gmlaw.com<br>becky.zabielinsky@gmlaw.com<br><br>*Attorneys for Ensurety Ventures, LLC d/b/a Omega Auto Care* |