UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-61215-RAR

**HALE CAMERMAN**,

    Plaintiff,

v.

**CARGUARDIAN WARRANTY, LLC,** *et al.*,

    Defendants.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the Stipulation for Dismissal [ECF No. 59] filed on February 26, 2020. Having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's claims against Defendants CarGuardian Warranty, LLC, Ensurety Ventures, LLC d/b/a Omega Auto Care, and Ryan C. Earl are **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk shall **CLOSE** this case. Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 27th day of February, 2020.

_____
RODOLFO RUIZ
UNITED STATES DISTRICT JUDGE